≈AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____ GUAM

**FILED**
DISTRICT COURT OF GUAM
MAY - 5 2005
MARY L.M. MORAN
CLERK OF COURT

UNITED STATES OF AMERICA

V.

JUAN SAN NICOLAS CHARGUALAF

**WARRANT FOR ARREST** ②

Case Number: MG-05-00017-001

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __JUAN SAN NICOLAS CHARGUALAF__
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with (brief description of offense)

16:3372(a)(3)(A) & 4; 18:7(3) & 13 - UNLAWFUL TAKING OF WILDLIFE (COUNT 1)

18:1382 - ENTERING MILITARY PROPERTY (COUNT 2)

in violation of Title _____ United States Code, Section(s) _____

JOAQUIN V. E. MANIBUSAN, JR.
Name of Issuing Officer

[Signature]
Signature of Issuing Officer

Magistrate Judge
Title of Issuing Officer

5/5/2005
Date

Hagatna, Guam
Location

*U.S. MARSHALS - GUAM RECEIVED 05 MAY -5 10:00:01*

**ORIGINAL**

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at

U.S. District Court  D/Guam

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 5/5/05 | John Curry  CIDUSM | [signature] CIDUSM J.C. |
| DATE OF ARREST 5/5/05 | | |