%AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____ GUAM



FILED
DISTRICT COURT OF GUAM
MAY - 5 2005
MARY L.M. MORAN
CLERK OF COURT

UNITED STATES OF AMERICA

V.

JOHN A. B. ATOIGUE

**WARRANT FOR ARREST**

Case Number: MG-05-00017-002

③

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___ JOHN A. B. ATOIGUE ___
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☑ Complaint   ☐ Order of court   ☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice

charging him or her with (brief description of offense)

16:3372(a)(3)(A) & 4; 18:7(3) & 13 - UNLAWFUL TAKING OF WILDLIFE (COUNT 1)

18:1382 - ENTERING MILITARY PROPERTY (COUNT 2)

in violation of Title _____ United States Code, Section(s) _____

| JOAQUIN V. E. MANIBUSAN, JR. | /s/ signature |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| Magistrate Judge | 5/5/2005     Hagatna, Guam |
| Title of Issuing Officer | Date     Location |

ORIGINAL

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at

U.S. District Court D/Guam

| DATE RECEIVED 5/5/05 | NAME AND TITLE OF ARRESTING OFFICER John Curry  CID USM | SIGNATURE OF ARRESTING OFFICER CID USM  J.C. |
|---|---|---|
| DATE OF ARREST 5/5/05 | | |