

**FILED**
DISTRICT COURT OF GUAM

MAY -5 2005

**MARY L.M. MORAN**
**CLERK OF COURT**

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>vs.<br><br>**JUAN SAN NICOLAS CHARGUALAF**<br>and **JOHN A.B. ATOIGUE**,<br><br>    Defendants. | MAGISTRATE CASE NO. 05-00017<br><br>O R D E R |

IT IS HEREBY ORDERED that the **FEDERAL PUBLIC DEFENDER** is appointed to represent defendant **JUAN SAN NICOLAS CHARGUALAF** and **MARK SMITH** is appointed to represent defendant **JOHN A.B. ATOIGUE** in the above-entitled case.

Dated this 5th day of May, 2005.

JOAQUIN V.E. MANIBUSAN, JR., Magistrate Judge
U.S. DISTRICT COURT OF GUAM