**THE LAW OFFICES OF MARK S. SMITH**
456 W. O'Brien Drive, Suite 102-D
Hagatna, Guam 96910
Telephone: (671) 477-6631/32
Facsimile: (670) 477-8831

Attorney for Defendant,
*John A.B. Atoigue*

FILED
DISTRICT COURT OF GUAM
MAY 26 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | MAGISTRATE CASE NO.: 05-00017 |
| Plaintiff, ) | |
| vs. ) | **NOTICE OF MOTION FOR DISCOVERY** |
| JUAN SAN NICOLAS CHARGUALAF and JOHN A.B. ATOIGUE, ) | |
| Defendants. ) | |

### NOTICE OF MOTION FOR DISCOVERY

**PLEASE TAKE NOTICE** that on the 21st day of June, 2005, at the hour of 10:00 a.m. or as soon thereafter this matter will be heard before the United States District Court for the Territory of Guam.

Dated this 24th day of May, 2005.

Respectfully submitted,

By: _____
**MARK S. SMITH, ESQ.**
Attorney for Defendant, *John A.B. Atoigue*