```
1  jchargualafinf
```

ORIGINAL

```
2  LEONARDO M. RAPADAS
   United States Attorney
3  JOSEPH TOCK
   Special Assistant U.S. Attorney
4  Suite 500, Sirena Plaza
   108 Hernan Cortez Avenue
5  Hagatna, Guam 96910
   TEL: (671) 472-7332
6  FAX: (671) 472-7334

7  Attorneys for the United States of America
```

**FILED**
DISTRICT COURT OF GUAM
JUN 21 2005
MARY L.M. MORAN
CLERK OF COURT

(13)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) MAGISTRATE CASE NO. 05-00017 |
| Plaintiff, | ) **INFORMATION** |
| vs. | ) **ASSIMILATIVE CRIME - UNLAWFUL TAKING OF WILDLIFE** |
| JUAN SAN NICHOLAS CHARGUALAF, and JOHN A.B. ATOIGUE, | ) [5 G.C.A. §§ 63121 and 63125] (Count 1) **Misdemeanor** |
| | ) **ENTERING MILITARY PROPERTY** |
| Defendant. | ) [18 U.S.C. § 1382] (Count 2) **Misdemeanor** |

THE UNITED STATES ATTORNEY CHARGES:

**COUNT 1 - UNLAWFUL TAKING OF WILDLIFE**

On or about May 5, 2005, in the District of Guam, the defendants, JUAN SAN NICHOLAS CHARGUALAF and JOHN A.B. ATOIGUE, at a place within the special maritime and territorial jurisdiction of the United States, namely Andersen Air Force Base, Guam, on land acquired for the use of the United States and under its concurrent jurisdiction, did knowingly and unlawfully take wildlife, more specifically deer with an artificial light in violation of Title 5, Guam Code Annotated, Section 63121 and 63125 and Title 18, United States Code, Sections 7(3) and 13.

//
//

## COUNT 2 - ENTERING MILITARY PROPERTY

On or about May 5, 2005, in the District of Guam, the defendant, JUAN SAN NICHOLAS CHARGUALAF and JOHN A.B. ATOIGUE, went upon a United States military reservation, to wit: Andersen Air Force Base, Guam, for a purpose prohibited by law or lawful regulation, that is, intending to engage in conduct in violation of Title 5 Guam Code annotated, Section 63121 and 63125, in violation of Title 18 United States Code, Section 1382.

DATED this 20th day of June 2005.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: *[signature]*
JOSEPH TOCK
Special Assistant U.S. Attorney

2