jchargualafwit

LEONARDO M. RAPADAS
United States Attorney
JOSEPH TOCK
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
JUN 21 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JUAN SAN NICHOLAS CHARGUALAF,<br>and JOHN A.B. ATOIGUE,<br><br>    Defendants. | MAGISTRATE CASE NO. 05-00017<br><br>**UNITED STATES WITNESS LIST** |

    Pursuant to the order of this Court, the United States hereby submits the following witness list for purposes of voir dire.

1. Aguon, Paul C.
   Conservation Officer, Guam Department of Fish and Wildlife

2. Villagomez, Mark G.
   Conservation Officer, Guam Department of Fish and Wildlife

3. Aguon, Mark J.D.
   Conservation Officer, Guam Department of Fish and Wildlife

4. Brown, William
   SSgt, USAF
   36th Security Police Squadron, Andersen AFB, Guam

5. Palomo, John M.
   SSgt, USAFR
   36th Security Police Squadron, Andersen AFB, Guam

6. Guerrero, Karen
   Records Custodian, Guam Police Department Firearms Records Section

7. John Gormley - or substitute plotter specialist
   Captain, USAF, Chief Geobase Systems
   36th ABW, Civil Engineer Squadron,

8. Casey Odgen
   36th ABW, Civil Engineer Squadron

9. Chad Umpeg
   Ssgt, USAF
   36th ABW, Civil Engineer Squadron

10. Gumataotao, Barbara
    Real Estate Specialist, 36 ABW Civil Engineer Squadron

Respectfully submitted this 20th day of June 2005.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: *[signature]*
JOSEPH TOCK
Special Assistant U.S. Attorney

2

Case 1:05-mj-00017    Document 16    Filed 06/21/2005    Page 2 of 2