ORIGINAL

1 | jchargualafexh

LEONARDO M. RAPADAS
United States Attorney
JOSEPH TOCK
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
JUN 21 2005
MARY L.M. MORAN
CLERK OF COURT



IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) MAGISTRATE CASE NO. 05-00017 |
|---|---|
| Plaintiff, | ) |
| vs. | ) |
| JUAN SAN NICHOLAS CHARGUALAF, and JOHN A.B. ATOIGUE, | ) **UNITED STATES' EXHIBIT LIST** |
| Defendants. | ) |

COMES NOW the United States and hereby files with the Court a list of proposed exhibits to be introduced in its case-in-chief.

Respectfully submitted this 20th day of June 2005.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
JOSEPH TOCK
Special Assistant U.S. Attorney

## UNITED STATES EXHIBIT LIST

| No. | Exhibit | Identified | Admitted |
|---|---|---|---|
| 1 | Photograph of Deer Carcass | _____ | _____ |
| 2 | Photograph of Deer Carcass | _____ | _____ |
| 3 | Photograph of Deer Carcass | _____ | _____ |
| 4 | Photograph of Deer Carcass | _____ | _____ |