jchargualafver

LEONARDO M. RAPADAS
United States Attorney
JOSEPH TOCK
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America



FILED
DISTRICT COURT OF GUAM
JUN 21 2005
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT

## FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MAGISTRATE CASE NO. 05-00017 |
| Plaintiff, | ) | |
| vs. | ) | **VERDICT FORM** |
| JUAN SAN NICHOLAS CHARGUALAF, and JOHN A.B. ATOIGUE, | ) | |
| Defendants. | ) | |

Pursuant to the Order of this Court, the United States hereby submits the following verdict forms for purposes of this trial.

Respectfully submitted this 20th day of June 2005.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
JOSEPH TOCK
Special Assistant U.S. Attorney

## IN THE UNITED STATES DISTRICT COURT

## FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MAGISTRATE CASE NO. 05-00017 |
| Plaintiff, | ) | |
| vs. | ) | **VERDICT** |
| JUAN SAN NICHOLAS CHARGUALAF and JOHN A.B. ATOIGUE, | ) | |
| Defendants. | ) | |

We, the Jury, in the above-titled case unanimously find the Defendant **JUAN SAN NICHOLAS CHARGUALAF**:

### COUNT 1

Violation of Tile 5 Guam Code Annotated, Sections 63121 and 63125, Sections 7(3) and 13, Title 18, United States Code, Special Maritime and Territorial Jurisdiction of the United States:

/ /  NOT GUILTY

/ /  GUILTY

### COUNT 2

Violation of Section 1382, Title 18, United States Code, Entering Military Property:

/ /  NOT GUILTY

/ /  GUILTY

DATED this _____ day of June 2005, at Hagatna, Guam.

_____
FOREPERSON

# IN THE UNITED STATES DISTRICT COURT

# FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) | MAGISTRATE CASE NO. 05-00017 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | VERDICT |
| JUAN SAN NICHOLAS CHARGUALAF and JOHN A.B. ATOIGUE, | ) | |
| Defendants. | ) | |

We, the Jury, in the above-titled case unanimously find the Defendant **JOHN A.B. ATOIGUE**:

## COUNT 1

Violation of Tile 5 Guam Code Annotated, Sections 63121 and 63125, Sections 7(3) and 13, Title 18, United States Code, Special Maritime and Territorial Jurisdiction of the United States:

/ / NOT GUILTY

/ / GUILTY

## COUNT 2

Violation of Section 1382, Title 18, United States Code, Entering Military Property:

/ / NOT GUILTY

/ / GUILTY

DATED this _____ day of June 2005, at Hagatna, Guam.

_____
FOREPERSON