THE LAW OFFICES OF MARK S. SMITH
456 W. O'Brien Drive, Suite 102-D
Hagatna, Guam 96910
Telephone: (671) 477-6631/32
Facsimile: (670) 477-8831

Attorney for Defendant,
*John B. Atoigue*



FILED
DISTRICT COURT OF GUAM
JUN 21 2005
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
## FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MAGISTRATE CASE NO.: 05-00017 |
| Plaintiff, | ) | |
| vs. | ) | **STIPULATION AND ORDER TO VACATE HEARING FOR DISCOVERY MOTION** |
| JUAN SAN NICOLAS CHARGUALAF and JOHN A.B. ATOIGUE, | ) | |
| Defendants. | ) | |

## STIPULATION AND ORDER TO VACATE COURT HEARING

**COMES NOW** Defendant, John A.B. Atoigue, by and through his attorney, Mark S. Smith, Esq., and the United States, by and through, Special Assistant United States Attorney, Joseph Tock, Esq., and hereby stipulate and request that the hearing set for Defendant's Motion for Discovery scheduled on June 21, 2005 at 10:00 a.m. be taken-off calendar. Plaintiff is complying with discovery requests.

**SO STIPULATED:**

6/20/05
Date

_____
**MARK S. SMITH, ESQ.**
Counsel for Defendant, *John A.B. Atoigue*

Criminal cases\Dist Court\Atoigue,John:MCN.05-00017
Stip&Order to vacate Motion for Discovery

ORIGINAL

Case 1:05-mj-00017   Document 19   Filed 06/21/2005   Page 1 of 2

LEONARDO M. RAPADAS
United States Attorney

By: *[signature]*
JOSEPH TOCK, ESQ.
Special Assistant U.S. Attorney

20 June 05
Date

## ORDER

IT IS HEREBY ORDERED that the Motion for Discovery in this matter is vacated *as it is moot*

SO ORDERED this  June 21, 2005  .

*[signature]*
HONORABLE JOAQUIN V.E. MANIBUSAN, JR.
~~District Judge~~ Magistrate Judge

**RECEIVED**
JUN 20 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

Criminal cases\Dist Court\Atoigue,John:MCN.05-00017
Stip&Order to vacate Motion for Discovery