THE LAW OFFICES OF MARK S. SMITH
456 W. O'Brien Drive, Suite 102-D
Hagatna, Guam 96910
Telephone: (671) 477-6631/32
Facsimile: (670) 477-8831

Attorney for Defendant,
*John B. Atoigue*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) MAGISTRATE CASE NO.: 05-00017 |
|---|---|
| Plaintiff, | ) |
| vs. | ) **STIPULATION AND ORDER TO** |
|  | ) **VACATE TRIAL** |
| JUAN SAN NICOLAS CHARGUALAF and JOHN A.B. ATOIGUE, | ) |
| Defendants. | ) |

## STIPULATION AND ORDER TO VACATE TRIAL

**COMES NOW** Defendant, John A.B. Atoigue, by and through his attorney, Mark S. Smith, Esq., and the United States, by and through, Special Assistant United States Attorney, Joseph Tock, Esq., and hereby stipulate and request that Trial scheduled on July 11, 2005 at 9:00 a.m. be taken-off calendar and a change of plea hearing scheduled at the court's convenience. Defendant John A.B. Atoigue has executed said plea agreement and continues to waive his right to speedy trial.

Defendant's Counsel will be off-island for two weeks and will return July 20, 2005. Vacating said trial will serve the ends of justice.

Criminal cases\Dist Court\Atoigue,John:MCN.05-00017
Stip&Order to vacate Trial
Case 1:05-mj-00017    Document 24    Filed 07/11/2005    Page 1 of 2

**SO STIPULATED:**

7/8/05
Date

*[signature]*
MARK S. SMITH, ESQ.
Counsel for Defendant, *John A.B. Atoigue*

LEONARDO M. RAPADAS
United States Attorney

7/8/05
Date

By: *[signature]*
JOSEPH TOCK, ESQ.
Special Assistant U.S. Attorney

### ORDER

**IT IS HEREBY ORDERED** that the Trial in this matter is vacated. The change of plea hearing is hereby scheduled on Monday, August 1, 2005 at 1:30 p.m.

**SO ORDERED** this July 11, 2005.

*[signature]*
HONORABLE JOAQUIN V.E. MANIBUSAN, JR.
Magistrate Judge

RECEIVED
JUL - 5 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM