jchargualafdismiss

LEONARDO M. RAPADAS
United States Attorney
JOSEPH TOCK
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | MAGISTRATE CASE NO. 05-00017 |
| Plaintiff, ) | |
| vs. ) | **MOTION TO DISMISS COUNT 1 OF THE INFORMATION AND ORDER** |
| JUAN S.N. CHARGUALAF, ) | |
| Defendant. ) | |

COMES NOW the plaintiff, United States of America, by and through its undersigned attorney, and moves that Count 1 of the Information in the above cause against defendant, JUAN S.N. CHARGUALAF, be dismissed for the reason that the defendant has been sentenced on Count 2 on July 11, 2005.

Respectfully submitted this 11th day of July 2005.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

By: /s/ for JOSEPH TOCK
Special Assistant U.S. Attorney

* * * * * O R D E R * * * * *

IT IS SO ORDERED this 12th day of July 2005.

JOAQUIN V. E. MANIBUSAN, JR.
**Magistrate Judge**
District Court of Guam