

**FILED**
DISTRICT COURT OF GUAM
AUG - 1 2005
MARY L.M. MORAN
CLERK OF COURT

CASE NO. MG-05-00017-002          DATE: 08/01/2005

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding          Law Clerk: Judith Hattori
Court Reporter: Wanda M. Miles          Courtroom Deputy: Virginia T. Kilgore
Hearing Electronically Recorded: 1:43:27 - 1:58:37          CSO: J. McDonald          **TIME: 1:43 p.m.**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***APPEARANCES**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**DEFT:** JOHN A.B. ATOIGUE          **ATTY:** MARK SMITH
( X ) PRESENT    ( ) CUSTODY    ( X ) BOND    ( ) P.R.          ( X ) PRESENT    ( ) RETAINED    ( ) FPD    ( X ) CJA APPOINTED

U.S. ATTORNEY: JOSEPH TOCK          AGENT:
U.S. PROBATION: JUDY OCAMPO          U.S. MARSHAL: S. LUJAN

## PROCEEDINGS: CHANGE OF PLEA

( ) COMPLAINT READ TO DEFENDANT
( X ) DEFENDANT SWORN AND EXAMINED: AGE: __30__     HIGH SCHOOL COMPLETED: __HIGH SCHOOL__
( X ) DEFENDANT ARRAIGNED AND ADVISED OF HIS RIGHTS, CHARGES AND PENALTIES
( ) GOV'T SUMMARIZES THE EVIDENCE     ( ) GOV'T SUBMITS TO THE PLEA AGREEMENT
( X ) COURT QUESTIONS DEFENDANT REGARDING HIS PHYSICAL AND MENTAL CONDITION, AND ADVISES DEFENDANT OF THE NATURE AND POSSIBLE CONSEQUENCES OF SAID PLEA
( ) DEFENDANT WAIVES READING OF ( ) COMPLAINT ( ) INFORMATION ( ) INDICTMENT
( X ) PLEA ENTERED:   ( X ) *GUILTY*   ( ) *NOT GUILTY* - TO: __COUNT I - UNLAWFUL TAKING OF WILDLIFE__
( ) COUNT(S) _____ DISMISSED ON GOVERNMENT'S MOTION
( X ) PLEA AGREEMENT FILED: __JULY 8, 2005__   PLEA: ( X ) *ACCEPTED* ( ) *REJECTED*
( ) COURT ORDERS PLEA AGREEMENT *SEALED*
( ) COURT REJECTS PLEA AGREEMENT AND REFERS IT TO:_____ FOR RECOMMENDATION.

( X ) SENTENCING DATE: __OCTOBER 31, 2005__ at __11:00 A.M.__   ( ) STATUS HEARING:_____ at _____
( X ) PRESENTENCE REPORT ORDERED AND DUE: __SEPTEMBER 26, 2005__

( ) DEFENDANT TO BE RELEASED ON BOND (see release conditions on page 2)
( ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL SERVICE FOR ( )*PROCESSING* ( )*DETENTION*
( ) DETENTION HEARING REQUESTED BY _ GOV'T _ DEFT IS SET FOR:_____ at _____
( X ) DEFENDANT RELEASED ON BAIL AS PREVIOUSLY ORDERED BY THIS COURT

**NOTES:**

Pen and ink changes made to the plea agreement: 1) Page 1, line 19 after the word "guilty plea" insert "Count 1 of"; 2) Page 1, line 20 delete the words "Count 1 of the Information"; 3) Page 1, line 26 and line 27 replace " $25" to read "$10"; 4) Page 2, line 6, paragraph 3, delete from the word Entering" to the number "13" and insert "Unlawful Taking of Wildlife, As an Assimilative Crime in violation of 5 Guam Code Annotated, Sections 63121 and 63125, and United States Code Sections, 7(3) and 13", 5) Page 2, paragraph 4, line 15 insert the words "do not" after the word "Guidelines"; 6) Page 3, line 2 delete the word "Guidelines"; 7) Page 1, line 27 insert sentence on Page "do not" and 8) Page 1, line 27 insert after the word "sentencing" "Additionally, any sentence imposed may include a term of supervised release of not more than one (1) year in addition to such terms of imprisonment. Furthermore, if the Defendant violates a condition of his supervised release and the Court decides to revoke his term of supervised release, the Defendant also faces up to an additional one (1) year of imprisonment."