ORIGINAL

LEONARDO M. RAPADAS
United States Attorney
JOSEPH TOCK
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortes Avenue
Hågatña, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
NOV -7 2005
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>JOHN A. B. ATOIGUE,<br><br>　　　　Defendant. | MAGISTRATE CASE NO. 05-00017<br><br>**GOVERNMENT'S MOTION<br>TO DISMISS COUNT 2<br>OF INFORMATION** |

The United States hereby moves this Honorable Court for an order dismissing Count 2 of the Information in the above-entitled action.

This motion is made pursuant to a plea agreement dismissing Count 2 upon sentencing.

RESPECTFULLY SUBMITTED this 4th day of November, 2005.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

By: _____
JOSEPH TOCK
Special Assistant U.S. Attorney