LEONARDO M. RAPADAS
United States Attorney
JOSEPH TOCK
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
Tel: (671) 472-7332/7283
Fax: (671) 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM

NOV - 7 2005

MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    vs.<br><br>JOHN A. B. ATOIGUE,<br>        Defendant. | MAGISTRATE CASE NO. 05-00017<br><br>**ORDER**<br>**re: November 7, 2005**<br>**United States' Motion to Dismiss**<br>**Count 2 of Information** |

The United State's Motion to Dismiss Count 2 of the Information, as to defendant JOHN A. B. ATOIGUE, filed on November 7, 2005, is hereby granted.

**SO ORDERED** this 7th day of November 2005.

JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge
District Court of Guam

**ORIGINAL**