PROB 34
(3/07)

**Report and Order Terminating Probation**

# UNITED STATES DISTRICT COURT

FOR THE

District of Guam

UNITED STATES OF AMERICA

v.

JOHN A.B. ATOIGUE

MAGISTRATE CASE NO. 05-00017-002

    It appearing that the above named has complied with the conditions of probation imposed by the order of the Court heretofore made and entered in this case and that the period of probation expired on **October 30, 2007**, I therefore recommend that the defendant be discharged from probation and that the proceedings in the case be terminated.

Respectfully submitted,

ROSSANNA VILLAGOMEZ-AGUON
Acting Chief U.S. Probation Officer

By:  /s/ JUDY ANNE L. OCAMPO
U.S. Probation Officer

Reviewed by:

 /s/ CARMEN D. O'MALLAN
U.S. Probation Officer Specialist
Supervision Unit Leader

cc:    Thomas Sheldon, AUSA
        Mark Smith, Defense Counsel
        File

## *ORDER OF COURT*

    Pursuant to the above report, it is ordered that the defendant be discharged from probation and that the proceedings in the case be terminated.